UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Marvin Kent

                Defendant.

---

7:21-MJ-4641(MRG)

**JUDGMENT**

The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on August 26, 2021. The Court thereafter accepted the defendant's plea of guilty to Disorderly Conduct in violation of New York Penal Law § 240.20, in full satisfaction of the Misdemeanor Complaint filed on April 30, 2021, and it is,

ORDERED, ADJUDGED AND DECREED that the defendant pay a fine of $100.00 by September 28, 2021 or appear before the Court on September 29, 2021, to show cause why the fine was not paid.

Dated: Sept 8, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge